UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-14-8515-R                                      Date: DECEMBER 29, 2014

Title:   DANIEL DWAYNE GORDEY -V-. BANK OF AMERICA, NATIONAL ASSOCIATION, et al.
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                    None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) TAKING MOTION UNDER SUBMISSION ON THE PAPERS WITHOUT NEED OF ORAL ARGUMENT

   The Court has determined that Defendant's Motion for Judgment on the Pleadings as to Plaintiff's Complaint [18] and Plaintiff's Motion to Remand Case [20] set for hearing on January 5, 2015 at 10:00 A.M., are suitable for a decision on the papers as filed by all parties, without the need for oral argument; therefore, the said Motions are taken UNDER SUBMISSION on the papers as filed, and the hearing date of January 5, 2015 is VACATED and TAKEN OFF CALENDAR.

   The Court will issue its ruling on the matter in due course.

   IT IS SO ORDERED.

MINUTES FORM 11                                                   Initials of Deputy Clerk ___CCH____
CIVIL -- GEN